RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
DAVID M. GOODRICH, #208675
dgoodrich@marshackhays.com
MARTINA A. SLOCOMB, #252157
mslocomb@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Defendant.
BW & G WORLD METALS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>COUTINHO & FERROSTAAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BW & G WORLD METALS, INC., a California corporation,<br><br>Defendant,<br><br>Debtor. | Case No. SACV 12-2178 AG (RNBx)<br><br>Judge: Honorable Andrew Guilford<br><br>**ORDER FOR PRELIMINARY INJUNCTION**<br><br>Trial Date: None set<br>Action Filed: December 17, 2012 |

The Court having read and considered the Stipulation for Order for Preliminary Injunction ("Stipulation") between Defendant BW &G WORLD METALS, INC. ("Defendant"), on the one hand, and plaintiff COUTINHO & FERROSTAAL, INC. ("Plaintiff"), on the other hand, filed as Docket No. #34, and having found good cause therefore, the Court makes its order as follows:

IT IS ORDERED that the Stipulation be approved as follows:

1. Defendant shall not directly or indirectly perform, engage in, or participate in any acts or conduct that would result in it disposing of or selling its existing inventory and assets below justifiable market value given Defendant's

1

1 current circumstances; and

2. If Defendant files a proceeding under Title 11 of the United States Code, this order and the Stipulation shall be automatically terminated.

DATED: January 22, 2013

ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE

2

109707v1/1291-001